UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE GUARDIAN NEWS, INC.,

                        Plaintiff,

-against-

MICHAEL J. MARINO, individually, LUIGI MARCOCCIA, individually, TONY E. SAYEGH, JR., individually, STEVEN A. ECLOND, individually, JOHN FITZPATRICK, individually, SUSAN CIAMARRA, individually, ROBERT MASCIANICA, individually, JOHN D. CAVALLARO, individually, and the VILLAGE OF TUCKAHOE, New York,

                        Defendants.
------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Docket No.
07 Civ. 2862 (CLB)

      **PLEASE TAKE NOTICE** that Brian S. Sokoloff, a member of the firm of MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, attorneys for defendants, hereby files this notice solely for the purpose of receiving ECF alerts via email, reserving for defendants the right to contest jurisdiction or service.

Dated: Mineola, New York
       May 1, 2007

                                    MIRANDA SOKOLOFF SAMBURSKY
                                    SLONE VERVENIOTIS, LLP
                                    Attorneys for Defendants

                                    By: _/s/ Brian S. Sokoloff_____
                                       BRIAN S. SOKOLOFF (bss-7147)
                                  240 Mineola Boulevard
                                  The Esposito Building
                                  Mineola, New York 11501
                                  (516) 741-7676
                                  Our File No. 07-344

TO:  LOVETT & GOULD, LLP
     222 Bloomingdale Road
     White Plains, New York 10605fa