UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE GUARDIAN NEWS, INC.,

                Plaintiff,

-against-

MICHAEL J. MARINO, individually, LUIGI MARCOCCIA, individually, TONY E. SAYEGH, JR., individually, STEVEN A. ECLOND, individually, JOHN FITZPATRICK, individually, SUSAN CIAMARRA, individually, ROBERT MASCIANICA, individually, JOHN D. CAVALLARO, individually, and the VILLAGE OF TUCKAHOE, New York,

                Defendants.
------------------------------------------------------------x

Docket No.
07 Civ. 2862 (CLB)

**AND ORDER**
**STIPULATION OF**
**DISCONTINUANCE**
**WITHOUT PREJUDICE**
**AS TO THE**
**INDIVIDUAL**
**DEFENDANTS ONLY**

*Partial*

IT IS HEREBY STIPULATED, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action is hereby discontinued without prejudice as against defendants MICHAEL J. MARINO, LUIGI MARCOCCIA, TONY E. SAYEGH, JR., STEVEN A. ECLOND, JOHN FITZPATRICK, SUSAN CIAMARRA, ROBERT MASCIANICA, JOHN D. CAVALLARO only, without costs to any party as against another.

IT IS FURTHER AGREED that a facsimile copy of this Stipulation shall have the same

1

force and effect as an original and may be filed with the Clerk of the Court.

DATED: Mineola, New York
June 29, 2007

LOVETT & GOULD, LLP
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

By: _____
Jonathan Lovett (JL-  4854 )

SO-ORDERED: July 16, 2007

_____
U.S.D.J.

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP
Attorneys for Defendants
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Our File No.: 07-344

By: _____
Adam I. Kleinberg (AIK-0468)

2