UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

THE GUARDIAN NEWS, INC.

                          Plaintiff,          CIVIL CASE DISCOVERY
                                                         PLAN AND SCHEDULING
      -against-                              ORDER

Village of Tuckahoe, New York,          07 Civ. 2862 (CLB

                                                     And Related Cases: 07 Civ. 3812 (CLB), 07 Civ. 3811 (CLB); 07 Civ. 3803 (CLB); 07 Civ. 3810 (CLB); 07 Civ. 3805 (CLB); 07 Civ. 3813 (CLB); 07 Civ. 5715 (CLB); & 07 Civ. 4141 (CLB); 07 Civ. 5716 (CLB)

                     Defendant.

----------------------------------------------------------x

**This Court requires that these cases be <u>ready for trial</u> on or after** 2/22/08 .

      The following Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel for the parties, pursuant to Rules 26(f) and 16 of the Federal Rules of Civil Procedures:

The cases are to be tried to a jury.

Joinder of additional parties is to be accomplished by: October 30, 2007.

Amended pleadings may be filed until: October 30, 2007.

**Discovery**:

1. Interrogatories are to be served by all counsel no later than November 30, 2007, and responses to such interrogatories shall be served within thirty (30) days thereafter. The provisions of Local Rule 33.3 shall apply to this case.

2. First request for production of documents, if any, to be served no later than November 30, 2007.

3. Depositions to be completed by January 30, 2008.

    a. Unless counsel agree otherwise or the Court so orders, depositions are not to be held until all parties have responded to any first requests for production of documents.
    b. Depositions shall proceed concurrently.
    c. Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.
    d. If the defense of qualified immunity from suit as a matter of law has been or will be asserted by any defendant(s) with respect to any claim(s) in the case, counsel for any such defendant(s) shall, within thirty (30) days of this order depose plaintiff(s) at least concerning all facts relevant to the issue of qualified immunity. Within thirty (30) days thereafter defendant(s) shall serve consistent with Local Rule 6.1 and file a motion under Rule 12(c) or Rule 56, returnable on a date posted in the New York Law Journal by Judge Brieant for hearing motions. The motion shall, in the absence of agreement of counsel, be limited to the issue of qualified immunity and plaintiff(s) version of the events shall be assumed true for purposes of the motion. **Failure to comply with this provision of this Order shall operate as a waiver of the opportunity to resolve the issue of qualified immunity by motion prior to trial.**

4. Any further interrogatories, including expert interrogatories, to be served no later than December 15, 2007.

5. Requests to Admit, if any to be served no later than December 15, 2007.

6. Additional provisions relating to discovery agreed upon by counsel for the parties (are)(are not) attached and made a part hereof.

7. All discovery is to be completed by February 15, 2008.

    Dispositive motions, if any. Must be served on notice as required by Local Court Rule 6.1, and must be returnable before the Court on a published motion day, no later than three weeks before the ready for trial date.

    Next Case Management Conference: 2/22/2008

    Joint Pretrial Order is required only if parties agree that it is desirable, or the Court so orders.

    This case has been designated to the Hon. George A. Yanthis, United States Magistrate Judge at White Plains for discovery disputes if the Court is "unavailable" and for trial under 28 U.S.C. §636(c) if counsel execute their consent in writing.

    Strict compliance with the trial readiness dates will be required. This Plan and Order may not be changed without leave of the Court or the assigned Magistrate Judge acting under a specific reference order.

Upon signing a Consent for Trial Before a United States Magistrate Judge, the Magistrate Judge will establish an agreed date certain for trial and will amend this Plan and Order to provide for trial readiness consistent with that agreed date.

**SO ORDERED**

Dated: White Plains, New York
~~September ___, 2007~~
*October 4, 2007*

_____
Charles L. Brieant, U.S.D.J.

# MSSSV
# MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

MICHAEL A. MIRANDA*
BRIAN S. SOKOLOFF
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
STEVEN C. STERN

JOHN J. O'DONNELL
MARK R. OSHEROW*◊□
OF COUNSEL

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX   (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
FANWOOD, NJ

ADAM I. KLEINBERG
JENNIFER E. SHERVEN
GABRIELLA CAMPIGLIA
TODD D. KREMIN
TODD HELLMAN
CHARLES A. MARTIN
KIERA J. MEEHAN
DAMIAN F. FISCHER
MARIA THOMAS
NANCY R. SCHEMBRI°
MICHAEL V. LONGO
CHRISTOPHER MILLER

* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
□ ALSO ADMITTED IN FLORIDA
° RESIDENT IN WESTCHESTER

WRITER'S DIRECT DIAL:
(516) 741-8383

WRITER'S E-MAIL:
BSokoloff@MSSSV.com

September 24, 2007

Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Guardian News Cases
Tuckahoe, 07 Civ. 2862 (CLB)
New Castle, 07 Civ. 3812 (CLB)
North Castle, 07 Civ. 3811 (CLB)
North Salem, 07 Civ. 3803 (CLB)
Bronxville, 07 Civ. 3810 (CLB)
Croton-on-Hud., 07 Civ. 3805 (CLB)
Pelham, 07 Civ. 3813 (CLB)
Pleasantville, 07 Civ. 5715 (CLB)
Mount Kisco, 07 Civ. 4141 (CLB)
Elmsford, 07 Civ. 5716 (CLB)

Dear Judge Brieant:

    In accordance with Your Honor's instructions, in the above-referenced actions, which the Court has consolidated for discovery only, the parties propose the attached Civil Case discovery Plan and Scheduling Order.

**MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP**

---

HON. CHARLES L. BRIEANT
SEPTEMBER 24, 2007
PAGE 2 OF 2

Thank you for your consideration of this matter.

Very truly yours,

MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

Brian S. Sokoloff

BSS/--
Encl.
cc:   Jonathan Lovett, Esq.
      Lovett & Gould
      222 Bloomingdale Road
      White Plains, New York 10605