UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

THE GUARDIAN NEWS, INC.,

                          Plaintiff,                  07 Civ. 2862(CLB)

    -against-                  **STIPULATION AND ORDER OF**
                                            **DISCONTINUANCE WITHOUT**
                                            **PREJUDICE**

MICHAEL J. MARTINO, *et. al*,

                          Defendants.
-------------------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys of record

herein that this action be and the same is discontinued without prejudice, costs or attorney's

fees.

Dated: White Plains, N.Y.
          January 3, 2008


LOVETT & GOULD, LLP                  MIRANDA SOKOLOFF SAMBURSKY
Attorneys for Plaintiff                      SLONE VERVENIOTIS, LLP
By:_____           Attorneys for Defendants
Jonathan Lovett (4854)                By:_____
222 Bloomingdale Road               Brian S. Sokoloff (7147)
White Plains, N.Y. 10605             240 Mineola Boulevard
914-428-8401                                   The Esposito Building
                                                     Mineola, New York 11501
                                                     516-741-7676


SO ORDERED:
January 7, 2008

_____
Charles L. Brieant
United States District Judge